The Florida Central and Peninsular Railroad Company, Plaintiff in Error, vs. Mary A. Folks and S. B. Folks, Defendants in Error.

Writ of Error to Circuit Court Marion county.

*John A. Henderson, Hugh E. Miller and L. N. Green,* for Plaintiff in Error.

*R. L. Anderson,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

Petition for rehearing denied March 29, 1898.

---

George W. Frazier and Mary D. Muckenfuss, Appellants, vs. William Baya, as assignee of the Jacksonville, Santa Fe, Hard Rock Phosphate Company, Appellee.

Appeal from Circuit Court Alachua county.

*W. B. Young,* for Appellants.

*R. H. Liggett,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.